UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLENE HOSKINS,<br><br>                   Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                   Defendant. | CASE NO. C14-1346-MJP-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration.  The parties now stipulate this case should be reversed and remanded for further proceedings.  (Dkt. 17.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall:  (1) conduct a new hearing, consider evidence plaintiff submitted to the Appeals Council, and receive any additional evidence; (2) reevaluate plaintiff's mental impairments in accordance with the special technique described in 20 CFR 404.1520a; (3) reevaluate the medical source opinions, and provide adequate rationale for rejecting or accepting the opinions; (4) reevaluate plaintiff's

credibility, and provide an adequate rationale for accepting or rejecting plaintiff's subjective complaints; (5) reevaluate plaintiff's residual functional capacity assessment; (6) if warranted, obtain supplemental evidence from a vocational expert to clarify the effects of the assessed mental and physical limitations on plaintiff's occupational base; and (7) issue a new decision. The parties also stipulate that both the ALJ and plaintiff may raise and pursue additional issues and submit additional evidence on remand, and agree that no specific aspect of the Commissioner's final decision is affirmed. In addition, and upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this <u>30th</u> day of January, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2