# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DARLENE HOSKINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | CASE NO. C14-1346-MJP<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 17.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 2nd day of February, 2015.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF REMAND
PAGE - 1